**Motion Granted and Order filed July 2, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00858-CV
_____

### PHILLIPS DEVELOPMENT & REALTY, LLC, Appellant

### V.

### LJA ENGINEERING, INC., F/K/A LJA ENGINEERING & SURVEYING, INC., Appellee

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-67390**

---

## ORDER

This is an appeal from a judgment signed October 7, 2014. On June 9, 2015, PDRH, L.L.C. filed a motion to withdraw its notice of appeal. *See* Tex. R. App. P. 42.1. The motion is GRANTED.

Appellant PDRH, L.L.C. is ordered DISMISSED from the appeal.

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise.